FILED US District Court -UT
DEC 21 '22 AM10:56

TRINA A. HIGGINS, United States Attorney (#7349)
ALLISON H. BEHRENS, Assistant United States Attorney (#38482MO)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTY JUNIOR GOODSPEED,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNT I: 18 U.S.C. § 2422(b), Attempted Coercion and Enticement.<br><br>COUNT 2:  18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct.<br><br>COUNT 3:  18 U.S.C. § 2251(a) and (e), Production of Child Pornography. |

Case: 2:22–cr–00511
Assigned To : Parrish, Jill N.
Assign. Date : 12/20/2022

---

The Grand Jury Charges:

## COUNT 1
### 18 U.S.C. § 2422(b)
### [Attempted Coercion and Enticement]

Beginning on or about September 1, 2022, and continuing through December 2, 2022, in

the District of Utah and elsewhere,

DUSTY JUNIOR GOODSPEED,

the defendant herein, using a facility or means of interstate or foreign commerce, did knowingly

persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to

engage in any sexual activity for which any person can be charged with a criminal offense, and

attempted to do so; all in violation of 18 U.S.C. § 2422(b).

## COUNT 2
### 18 U.S.C. § 2423(b)
### [Travel with Intent to Engage in Illicit Sexual Conduct]

On or about December 2, 2022, in the District of Utah and elsewhere,

DUSTY JUNIOR GOODSPEED,

the defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit

sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person,

to wit: a thirteen-year-old male, and attempted to do so; all in violation 18 U.S.C. § 2423(b).

## COUNT 3
### 18 U.S.C. § 2251(a) and (e)
### [Production of Child Pornography]

Beginning in or about May 2021, and continuing through December 2, 2022, in the

District of Utah and elsewhere,

DUSTY JUNIOR GOODSPEED,

the defendant herein, did employ, use, persuade, induce, entice and coerce a minor to engage in

sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the

visual depictions were actually transported using any means or facility of interstate or foreign

commerce; all in violation of 18 U.S.C. § 2251(a) and (e).

2

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2251, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Further, pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422 or 2423, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to:

- $375.00 in United States Currency;
- Samsung Cellphone;

3

- USB Drive;

- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
ALLISON H. BEHRENS
Assistant United States Attorney

4